IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02401-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 23, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                *Counsel:*

CLIFFORD E. LEWIN,                                        *Pro Se* (*appearing by telephone*)

     Plaintiff,

v.

ALLRED, *Clinic Director*                                   J. Benedict Garcia

     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:      10:01 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding plaintiff's MOTION for a Temporary Restraining Order/Preliminary Injunction (Docket No. 13, filed on 10/19/2011). The court notes that there has been no response to this motion filed by the defendant. Discussion between the court and Mr. Lewin regarding proper service on the defendant.

For reasons stated on the record,

> **ORDERED:** The court **DENIES** without prejudice plaintiff's MOTION for a Temporary Restraining Order/Preliminary Injunction (Docket No. 13, filed on 10/19/2011). The plaintiff is able to re-file this motion if desired.

Discussion regarding setting deadlines, defendant's MOTION to Dismiss (Docket No. 42, filed on 3/13/2012), and plaintiff's Opposition Brief to #42 Defendant's MOTION to Dismiss (Docket No. 48, filed on 4/9/2012). Counsel for the defendant informs the court that they will not be filing any reply.

Discussion regarding claims and allegations, when the discovery should move forward in this case (once the court has determined that a viable claim that will survive), Rule 26(b)(2)(c) pertaining to

limiting discovery based on the needs of the case (not being unduly burdensome), defense of qualified immunity being raised, and the court staying all discovery until there is a ruling on the Motion to Dismiss.

Discussion regarding plaintiff's MOTION for Enlargement of Time (Docket No. 44, filed on 3/22/2012).

For reasons as stated on the record,

**ORDERED:**   The court **DENIES** plaintiff's MOTION for Enlargement of Time (Docket No. 44, filed on 3/22/2012).

Discussion regarding what documents defense counsel has received pertaining to mandatory disclosures, Rule 26(a)(1) and its application to *pro se* plaintiffs, and Rule 26 and initial disclosures.

HEARING CONCLUDED.

**Court in recess:**     **10:29 a.m.**
Total time in court:     00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.