**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02401-MSK-CBS

CLIFFORD E. LEWIN,

      Plaintiff,

v.

CLINIC DIRECTOR ALLRED,
JOHN DOE(S) CLINIC DIRECTORS, and
JOHN DOE(S),

      Defendants.

---

## FINAL JUDGMENT

---

     This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the text-only **Order Adopting Report and Recommendations of the United States Magistrate Judge** [Docket No. #66] entered by Chief Judge Marcia S. Krieger on January 16, 2013, which order is incorporated herein by this reference.

     **ACCORDINGLY, IT IS ORDERED** as follows:

     1.     The Report and Recommendation of U.S. Magistrate Judge Craig B. Shaffer is ADOPTED;

     2.     That Plaintiff's Motion to Reconsider [#43] is DENIED;

     3.     That Plaintiff's Motion for a Temporary Restraining Order [ #52] is DENIED;

     4.     That Defendants' Motion to Dismiss [#42] is GRANTED;

     5.     That the this civil action is dismissed for failure to state a claim to which relief can be granted; and

     6.     That the case is closed.

DATED at Denver, Colorado, this 17th day of January, 2013.


FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/Edward P. Butler
Edward P. Butler, Deputy Clerk