# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02401-MSK-CBS

CLIFFORD E. LEWIN,

    Plaintiff,

v.

CLINIC DIRECTOR ALLRED,
JOHN DOE(S) CLINIC DIRECTORS, and
JOHN DOE(S),

    Defendants.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the text-only **Order Adopting Report and Recommendations of the United States Magistrate Judge** [Docket No. #66] entered by Chief Judge Marcia S. Krieger on January 16, 2013, which order is incorporated herein by this reference.

**ACCORDINGLY, IT IS ORDERED** as follows:

1. The Report and Recommendation of U.S. Magistrate Judge Craig B. Shaffer is ADOPTED;

2. That Plaintiff's Motion to Reconsider [#43] is DENIED;

3. That Plaintiff's Motion for a Temporary Restraining Order [ #52] is DENIED;

4. That Defendants' Motion to Dismiss [#42] is GRANTED;

5. That the this civil action is dismissed for failure to state a claim to which relief can be granted; and

6. That the case is closed.

DATED at Denver, Colorado, this 17th day of January, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
Edward P. Butler, Deputy Clerk